IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**AMERICAN COMPENSATION**            **PLAINTIFF**
**INSURANCE COMPANY**

**V.**            **NO. 1:18-CV-213-DMB-DAS**

**HECTOR RUIZ d/b/a Los Primoz**
**Construction, et al.**            **DEFENDANTS**

**ORDER**

On December 7, 2020, American Compensation Insurance Company filed a motion to continue trial.[1] Doc. #102. As grounds, American Compensation represents that it sought to amend its complaint to add two additional defendants; that "[t]he Magistrate Judge found there was good cause for allowing the amendment, but denied the motion to amend" and "found the amendment would be allowed only if the trial date were continued;" and that no party opposes the motion to continue trial. *Id.* at 2, 3.

Upon consideration, the motion to continue trial [102] is **GRANTED**. Trial is continued to October 18, 2021.

**SO ORDERED**, this 14th day of December, 2020.

           /s/Debra M. Brown
           **UNITED STATES DISTRICT JUDGE**

---

[1] Trial is now set for June 21, 2021. Doc. #88.