IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**AMERICAN COMPENSATION**                                       **PLAINTIFF**
**INSURANCE COMPANY**

**V.**                                                 **NO. 1:18-CV-213-DMB-DAS**

**HECTOR RUIZ d/b/a Los Primoz**
**Construction, et al.**                                                   **DEFENDANTS**

**ORDER**

On October 4, 2021, Hector Ruiz refiled an eight-page motion for summary judgment.[1] Doc. #250. Local Rule 7(b)(2)(B) provides that "a motion may not exceed four pages, excluding exhibits, may contain only the grounds for the request and may not contain any legal argument or citations to case law or other secondary authority." Ruiz's motion contains legal argument and exceeds by four pages the page limitation set forth in this Court's Local Rules. *See* Doc. #250. Accordingly, Ruiz's motion for summary judgment [250] is **DENIED without prejudice**. Ruiz may refile his motion for summary judgment in accordance with the Court's procedural rules within three (3) days of the entry of this order. The refiled summary judgment motion and accompanying memorandum brief may not include any new legal argument or basis for summary judgment.

**SO ORDERED**, this 5th day of October, 2021.

                                                     **/s/Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**

---

[1] Ruiz first filed a motion for summary judgment on October 1, 2021, Doc. #242, and was directed by the Clerk of Court to refile the motion because it violated the Court's Local Rules regarding exhibit attachments.