IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**AMERICAN COMPENSATION**                                                     **PLAINTIFF**
**INSURANCE COMPANY**

**V.**                                                                                                  **NO. 1:18-CV-213-DMB-DAS**

**HECTOR RUIZ d/b/a Los Primoz**
**Construction, et al.**                                                    **DEFENDANTS**

### ORDER

On October 1, 2021, Jonathan Wallace and Van Wallace d/b/a The Wallace Insurance Agency ("Wallace Defendants") filed (1) a motion for summary judgment on American Compensation Insurance Company's claims, Doc. #234; (2) a motion for summary judgment on Hector Ruiz's crossclaims against them, Doc. #237; and (3) a motion to exclude certain opinions of American Compensation's expert, Doc. #240. On December 28, 2021, the Wallace Defendants filed a motion in limine. Doc. #291.

On August 4, 2022, Hector Ruiz stipulated to the dismissal with prejudice of his crossclaims against the Wallace Defendants. Doc. #335. Five days later, American Compensation stipulated to the dismissal with prejudice of its claims against the Wallace Defendants. Doc. #336. Accordingly, the Wallace Defendants' pending motions [234][237][240][291] are **DENIED without prejudice as moot**.

**SO ORDERED**, this 11th day of August, 2022.

                                                                  /s/Debra M. Brown
                                                                  **UNITED STATES DISTRICT JUDGE**