**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**AMERICAN COMPENSATION**                                    **PLAINTIFF**
**INSURANCE COMPANY**

**V.**                                    **NO. 1:18-CV-213-DMB-DAS**

**HECTOR RUIZ d/b/a Los Primoz**
**Construction, et al.**                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, summary judgment is granted in favor of JESCO, Inc., and Hector Ruiz on American Compensation Insurance Company's declaratory relief claims and summary judgment is granted in favor of Appalachian Underwriters, Inc., on American Compensation Insurance Company's damages claims.

**SO ORDERED**, this 26th day of September, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**